David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Sonja Kay Rygg

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SONJA KAY RYGG, | ) Case No. 2:16-cv-02737-JAM-CKD |
| Plaintiff, | ) STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | ) |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant | ) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file her Motion for Summary Judgment herein is hereby extended for a period of 35 days. Plaintiff's Motion is due Friday, April 28. This request, if approved, would extend the filing date to Friday, June 2.

//

//

This 35 day extension is requested because of the workload on other court matters, and current difficulties resulting from severe allergies, as well as a two week vacation scheduled for May by attorney Ralph Wilborn, who is assisting plaintiff's lead attorney in this matter. This is plaintiff's first request for an extension of time.

Dated: ___April 20, 2017__  /s/ David J. Linden
                                                  DAVID J. LINDEN
                                                  Attorney at Law
                                                  Attorney for Plaintiff

Dated: ___April 20, 2017___  /s/ Adam Lazar
                                                  [Authorized via electronic mail 04/19/2017]
                                                  ADAM LAZAR
                                                  Special Assistant United States Attorney
                                                      Of Attorneys for Defendant

     PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: April 20, 2017

                                                  _____
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE