PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ADAM LAZAR, CSBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5601
    Facsimile: (415) 744-0134
    E-Mail: adam.lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA RYGG,<br><br>        Plaintiff,<br><br>   vs.<br><br>NANCY A. BERRYHILL<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:16-cv-02737-CKD<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME** |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Opening Brief, originally due on July 3, 2017, by 45 days, through and including Thursday, August 17, 2017. This is the Commissioner's first request for an extension of time in this matter.

    An extension of time is needed in order to prepare Defendant's opposition because counsel was married on June 24, which has caused significant additional pressure on counsel's schedule. Counsel's workload in the current two-week period further includes three summary judgment motions and multiple discovery deadlines for an Equal Employment Opportunity

(EEO) hearing, in addition to the brief due in this matter.  This request is made in good faith with no intention to unduly delay the proceedings.

Counsel's office conferred with Plaintiff's counsel, who had no objection to this request, on June 30, 2017.

                                        Respectfully submitted,

Dated:  June 30, 2017                   PHILIP A. TALBERT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                            By:     /s/  Adam Lazar
                                        ADAM LAZAR
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

Dated:  June 30, 2017       By:     /s/  David Linden*
                                        DAVID LINDEN
                                        (*by email authorization on June 30, 2017)

                                        Attorney for Plaintiff


                            **ORDER**

IT IS SO ORDERED.

Dated:  July 6, 2017

                            _____
                            CAROLYN K. DELANEY
                            UNITED STATES MAGISTRATE JUDGE