PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ADAM LAZAR, CSBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5601
    Facsimile: (415) 744-0134
    E-Mail: adam.lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA RYGG,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-02737-CKD<br><br>**JOINT STUPULATION AND ORDER FOR EXTENSION OF TIME** |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file a responsive pleading to Plaintiff's opening brief, originally due on August 17, 2017, by 15 days, through and including Friday, August 31, 2017. This is the Commissioner's second request for an extension of time in this matter.

    A brief extension of time is needed because of the unusual and complex nature of the underlying decision complained of, including a partial award of benefits and a finding of medical improvement, which is requiring additional review by the agency. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel's office conferred with Plaintiff's counsel, who had no objection to this request, on August 11, 2017.

Respectfully submitted,

Dated: August 15, 2017

PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Adam Lazar
ADAM LAZAR
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: August 15, 2017

By: /s/ David Linden*
DAVID LINDEN
(*by email authorization on August 11, 2017)

Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED.

Dated: August 16, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE