PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ADAM LAZAR, CSBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5601
    Facsimile: (415) 744-0134
    E-Mail: adam.lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA RYGG, <br><br>    Plaintiff, <br><br>vs. <br><br>NANCY A. BERRYHILL <br>Acting Commissioner of Social Security, <br><br>    Defendant. | Case No.: 2:16-cv-02737 JAM CKD <br><br>**JOINT STUPULATION AND ORDER FOR EXTENSION OF TIME** |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file a responsive pleading to Plaintiff's opening brief, currently due on September 1, 2017, by 7 days, through and including Friday, September 8, 2017. This is the Commissioner's third request for an extension of time in this matter, and is needed to provide the drafting attorney sufficient time to provide a responsive pleading subsequent to the additional review of the matter by the agency and engagement with Plaintiff's counsel. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel's office conferred with Plaintiff's counsel, who had no objection to this request, on September 1, 2017.

Respectfully submitted,

Dated: September 1, 2017

PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Adam Lazar
ADAM LAZAR
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: September 1, 2017

By: /s/ David Linden*
DAVID LINDEN
(*by email authorization on September 1, 2017)

Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED.

Dated: September 6, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE