David J. Linden, Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Sonja Kay Rygg

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SONJA KAY RYGG, | Case No. 2:16-cv-02737-JAM-CKD |
| Plaintiff, | ORDER |
| vs. | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

Good cause appearing, Plaintiff's Motion to File a Sur-Reply (ECF No. 26) is granted. The court will consider the sur-reply filed at ECF No. 38.

Dated: October 18, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE